```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2021
```

# LEE LITIGATION GROUP

148 WEST 24TH STREET, EIGH[TH FLOOR]
NEW YORK, NY 100[11]
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.[COM]

WRITER'S DIRECT: 212-465-1188
cklee@leelitigation.com

June 7, 2021

**Via ECF**

The Honorable Analisa Torres, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street,
New York, NY 10007

Re: *Andrew, et al., v. 64 Fulton St. Food. Corp.*
Case No. 21-cv-1196 (AT)

Dear Judge Torres:

We are counsel to Plaintiffs and we write jointly with counsel for Defendant to respectfully request an adjournment of the Initial Pre-Trial Conference currently scheduled for 10:20 a.m. on June 14, 2021 [Dkt. No. 9].

The parties originally scheduled their SDNY Panel mediation for June 3, 2021. However, due to unexpected issues, the mediation had to be rescheduled to June 15, 2021. At this time, the parties believe that an adjournment of the Initial Conference to a time after the mediation has concluded would be beneficial as it may permit the parties to avoid unnecessary time and costs associated with the case in the event the parties are able to successfully settle the matter at mediation.

This is the parties first request of an adjournment.

We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF

---

GRANTED. The initial pretrial conference scheduled for June 14, 2021, is ADJOURNED to **June 29, 2021**, at **10:20 a.m.** By **June 22, 2021**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: June 7, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge