**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

OMAR ANDREW, RODRIGO VASQUEZ, and WASHINGTON CALLE, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

        Plaintiffs,

-against-

64 FULTON ST. FOOD CORP d/b/a SEAPORT DELI, and SAMMY NAGI,

        Defendants.

Case No. 1:21-cv-01196

**[PROPOSED]**
**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 64 FULTON ST. FOOD CORP d/b/a SEAPORT DELI, and SAMMY NAGI (collectively, "Defendants"), having offered to allow Plaintiffs OMAR ANDREW, RODRIGO VASQUEZ, and WASHINGTON CALLE (collectively, "Plaintiffs") to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), inclusive of all of Plaintiffs' attorneys' fees, costs, and expenses, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated October 14, 2021 and filed as Exhibit A to Docket Number 38;

**WHEREAS**, on October 28, 2021, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 38);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs OMAR ANDREW, RODRIGO VASQUEZ, and WASHINGTON CALLE, in the sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00), in accordance with the terms and

conditions of Defendants' Rule 68 Offer dated October 14, 2021 and filed as Exhibit A to Docket Number 38.

**SO ORDERED:**

Dated: _____, 2021     _____
        New York, New York                            U.S.D.J.