```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/29/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OMAR ANDREW,
RODRIGO VASQUEZ and
WASHINGTON CALLE
*on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

       Plaintiffs,

-against-

64 FULTON ST. FOOD CORP.
d/b/a SEAPORT DELI,

       Defendant.

21 Civ. 1196 (AT)

**ORDER**

ANALISA TORRES, District Judge:

  The Court is in receipt of the Plaintiffs' notice of acceptance of an offer of judgment. ECF Nos. 38, 40. The Clerk of Court is directed to enter judgment consistent with this accepted offer of judgment, terminate all pending hearings, and close the case.

  SO ORDERED.

Dated: October 29, 2021
   New York, New York

                   ANALISA TORRES
                 United States District Judge