**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
OMAR ANDREW, RODRIGO VASQUEZ, and
WASHINGTON CALLE, *on behalf of themselves, FLSA Collective Plaintiffs and the Class*,

                               Plaintiffs,

            -against-

64 FULTON ST. FOOD CORP d/b/a SEAPORT DELI and SAMMY NAGI,

                              Defendants.
-----------------------------------------------------------X

21 **CIVIL** 1196 (AT)

**JUDGMENT**

      Whereas pursuant Rule 68 of the Federal Rules of Civil Procedure, Defendants 64 Fulton St. Food Corp. d/b/a Seaport Deli, and Sammy Nagi (collectively, "Defendants"), having offered to allow Plaintiffs Omar Andrew, Rodrigo Vasquez, and Washington Calle (collectively, "Plaintiffs") to take a judgment against them, jointly and severally, in this action for the total sum of Twenty-Five Thousand Dollars and No Cents ($25,000.00) inclusive of Plaintiffs' attorneys' fees, costs and expenses; on October 28, 2021, Plaintiffs having confirmed acceptance of Defendants offer of judgment. The Offer of Judgment is made for the purposes specified in Federal Rule of Civil Procedure 68, and neither the Offer of Judgment nor any judgment that may result from the Offer if Judgment shall be construed as either an admission of liability on the part of Defendants, or any of them, or that Plaintiffs have suffer any damages, and the matter having come before the Honorable Analisa Torres, United States District Judge, and the Court, on October 29, 2021, having rendered its Order directing the Clerk of Court to enter judgment in this matter consistent with the accepted offer of judgment, it is,

**ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated in the Court's Order dated October 29, 2021, Plaintiffs Omar Andrew, Rodrigo Vasquez and Washington Calle has judgment in the amount of $25,000.00 inclusive of Plaintiffs' attorneys' fees, costs and expenses as against the Defendants 64 Fulton St. Food Corp. d/b/a Seaport Deli, and Sammy Nagi, jointly and severally.

**Dated:**  New York, New York
November 18, 2021

**RUBY J. KRAJICK**
**Clerk of Court**

BY: _____
**Deputy Clerk**